■ KRAUS & COMPANY, Appellant-Respondent, v DENNIS MEHIEL et al., Respondents-Appellants.—Judgment of the Supreme Court, Westchester County, dated May 6, 1985, affirmed, without costs or disbursements, for reasons stated by Justice Dachenhausen at Special Term. Niehoff, J. P., Rubin, Kunzeman and Spatt, JJ., concur.